UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KALEB LINGG,

Plaintiff,

Case No. 3:25-cv-414

vs.

FLUID APPLIED ROOFING, *et al.*,

Defendants.

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING PARTIES' JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE (Doc. No. 18); (2) DISMISSING CASE WITHOUT PREJUDICE; AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

This civil case is before the Court on the parties' joint, unopposed motion for dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Doc. No. 18. For good cause shown, the Court **GRANTS** the parties' joint motion. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** and **TERMINATED** on the docket.

**IT IS SO ORDERED.**

July 28, 2026

/s Michael J. Newman
Hon. Michael J. Newman
United States District Judge